Adrian R. Bacon (SBN 280332)
**THE LAW OFFICES OF**
**TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (818) 646-5690
Facsimile: (866) 633-0228
Email: abacon@toddflaw.com

*Counsel for Plaintiffs*

*[Additional Counsel listed in signature block]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HEERDE and MARK HAINES, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, and UNIVERSITY OF SOUTHERN CALIFORNIA <br><br> Defendants. | **Case No.: 2:23-cv-04493-FLA (MAAx)** <br><br> **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA (ONLY)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Emily Heerde and Mark Haines ("Plaintiffs") and Defendant University of Southern California ("USC"), by and through their undersigned counsel, hereby submit this joint stipulation of dismissal, and in support state as follows:

**WHEREAS** on June 8, 2023, Plaintiffs filed their initial complaint (ECF 1);

**WHEREAS** on June 9, 2023, Defendants Learfield Communications, LLC ("Learfield") and Sidearm Sports, LLC ("Sidearm") (collectively "Operator Defendants") waived service, which was docketed on June 30, 2023 (ECF 23);

**WHEREAS** on June 30, 2023, Defendant USC was served, which was docketed on July 20, 2023 (ECF 27);

1

JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA (ONLY) - CASE No. 2:23-CV-04493-FLA-MAAx

**WHEREAS** on July 19, 2023, Defendant USC filed Stipulation Extending Time to Answer Plaintiff's Complaint, extending its deadline to August 21, 2023 (ECF 26);

**WHEREAS** on June 25, 2023, Defendants Learfield and Sidearm filed a Stipulation Extending Time to Answer Plaintiff's Complaint, extending their deadline to September 7, 2023 (ECF 28);

**WHEREAS**, on August 18, 2023, Defendant USC filed a Joint Stipulation for Extension of Time to File Answer to Plaintiffs' Complaint, extending its deadline to September 7, 2023, which was subsequently approved on August 24, 2023 (ECF 33);

**WHEREAS,** Plaintiffs and USC met and conferred regarding USC's intention to move to dismiss Plaintiffs' complaint;

**WHEREAS,** Plaintiffs and USC agree that USC is not indispensable to this action;

**WHEREAS,** Plaintiffs and USC agree that USC is not indispensable to this case proceeding to judgement or settlement;

**WHEREAS,** USC warrants that it does not own, control, or operate, and is not an affiliate, of the Operator Defendants.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Emily Heerde and Mark Haines and Defendant University of Southern California that Plaintiffs' individual claims alleged against USC in the Complaint in the above-captioned action are dismissed without prejudice and each party shall bear their own costs and attorneys' fees.

The claims against Defendants Learfield and Sidearm shall remain unaffected.

2

JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA (ONLY) - CASE No. 2:23-CV-04493-FLA-MAAx

| | |
|---|---|
| Dated: September 6, 2023 | **LAW OFFICES OF TODD M. FRIEDMAN**<br>By: */s/ Adrian R. Bacon*<br>Adrian R. Bacon, Esq. (SBN 280332)<br>21031 Ventura Blvd, Suite 340<br>Woodland Hills, CA 91364<br>Tel.: (323) 306-4234<br>Facsimile: (866) 633-0228<br>Email: abacon@toddflaw.com<br><br>Adam M. Apton (SBN 316506)<br>**LEVI & KORSINSKY, LLP**<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 985-7290<br>Facsimile: (212) 363-7171<br>Email: aapton@zlk.com<br><br>Mark S. Reich<br>**LEVI & KORSINSKY, LLP**<br>55 Broadway, 4th Floor, Suite 427<br>New York, NY 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br>Email: mreich@zlk.com<br>Email: cmaccarone@zlk.com<br><br>*Counsel for Plaintiffs*<br><br>**SHOOK, HARDY & BACON L.L.P.**<br>By: */s/ Rachel A. Straus*<br>Michael L. Mallow (SBN 188745)<br>Rachel A. Straus (SBN 268836)<br>2049 Century Park East, Suite 3000<br>Los Angeles, California 90067<br>Email: mmallow@shb.com<br>Email: rstraus@shb.com<br>Telephone: 424.285.8330<br>Facsimile: 424.204.9093<br><br>*Counsel for Defendant*<br>*University of Southern California* |

### **LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

I, Adrian R. Bacon, attest that the other signatory listed, Rachel A. Straus, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized the filing of the Stipulation.

*/s/ Adrian R. Bacon*
Adrian R. Bacon

3

JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT UNIVERSITY
OF SOUTHERN CALIFORNIA (ONLY) - CASE No. 2:23-CV-04493-FLA-
MAAx

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 6, 2023, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA (ONLY)** on interested parties in said case as follows:

[x]     ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on September 6, 2023, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Adrian R. Bacon
        Adrian R. Bacon

4

JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA (ONLY) - CASE No. 2:23-CV-04493-FLA-MAAx