TERESA C. CHOW (SBN 237694)
tchow@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

*Attorneys for Defendants*
LEARFIELD COMMUNICATIONS, LLC
and SIDEARM SPORTS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HEERDE and MARK HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, and UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | Case No.: 2:23-cv-04493-FLA-MAAx<br><br>**NOTICE OF MOTION AND DEFENDANTS LEARFIELD COMMUNICATIONS, LLC'S AND SIDEARM SPORTS, LLC'S  RULE 12(B)(6) AND 12(B)(7) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities; Fed. R. Civ. P. 5.1 Notice of Constitutional Question; and (Proposed) Order]*<br><br>DATE:          October 20, 2023<br>TIME:           1:30 p.m.<br>CTRM:          6B<br><br>Case Filed:    06/08/2023 |

**TO THE HONORABLE COURT, AND TO PLAINTIFFS, AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** on October 20, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 6B of the United States District Court, Central District of California, Western Division, located at 350 W. 1st Street, Los Angeles, California, 90012, Defendants Learfield Communications LLC

and Sidearm Sports, LLC ("Defendants") will and hereby do move this Court for an order dismissing Plaintiffs' Complaint with prejudice.

This Motion is made pursuant to Fed. R. Civ. P. 12(b)(6) for Plaintiffs' failure to state a claim upon which relief may be granted. Specifically, Plaintiffs fail to allege essential elements of a claim under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, including failing to allege that Defendants are "video tape service providers," that Plaintiffs are "consumers" protected by the VPPA, that Defendants disclosed "personally identifiable information," or did so knowingly. Further, the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the U.S. Constitution, both on its face and as applied to Defendants.

Plaintiffs further fail to state a claim for violation of California's invasion of privacy act, Cal. Penal Code § 631 or 635, or common law invasion of privacy because Plaintiffs do not have a reasonable expectation of privacy in their web browsing data, amongst several other reasons. Plaintiffs also fail to state a claim for violation of the federal Wiretap Act, 18 U.S.C. § 2510 because Plaintiffs consented to the disclosure and the contents of the communications were not disclosed.

This Motion is further made pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join USC, an indispensable party.

Defendants' Motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the pleadings and papers on file in this action, and upon such further argument and evidence as may be presented prior to or at the hearing of this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 29, 2023.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 22, 2023 | **BAKER & HOSTETLER LLP** |
| | By: */s/ Teresa C. Chow* <br> TERESA C. CHOW |
| | *Attorneys for Defendants* <br> LEARFIELD COMMUNICATIONS, LLC <br> AND SIDEARM SPORTS, LLC |