1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY HEERDE AND MARK HAINES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, AND UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>DEFENDANTS.<br>Defendants. | Case No.:  2:23-cv-04493-FLA-MAAx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 12(B)(6) AND 12(B)(7)  MOTION TO DISMISS PLAINTIFFS' COMPLAINT [DKT. #38]**<br><br>*[Filed Concurrently with Notice of Motion; Fed. R. Civ. P. 5.1 Notice of Constitutional Question; and (Proposed) Order]*<br><br>DATE:           October 20, 2023<br>TIME:           1:30 p.m.<br>CTRM:          6B<br><br>Case Filed:    06/08/2023 |

[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 12(B)(6) AND 12(B)(7)  MOTION TO DISMISS PLAINTIFFS' COMPLAINT [DKT. #38]
CASE NO.:  2:23-CV-04493-FLA-MAAx

On September 21, 2023, Defendants Learfield Communications, LLC and Sidearm Sports, LLC filed a 12(b)(6) and 12(b)(7) motion to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted and failure to join an indispensable party.

The court, having considered Defendants' Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiffs' Complaint is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

Dated: September ___, 2023

_____
FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE