# EXHIBIT A

**EXHIBIT A**
Division 1 xSidearmsports
(as of June 6-7, 2023)

| Teams | Pixel Present | Link | Google PSE Present |
|---|---|---|---|
| Abilene Christian University | Yes | acusports.com | Yes |
| Alabama A&M University | Yes | aamusports.com | Yes |
| Alabama State University | No | bamastatesports.com | Yes |
| Alcorn State University | No | alcornsports.com | No Search Bar |
| American University | No | aueagles.com | Yes |
| Appalachian State University | No | appstatesports.com | Yes |
| Arizona State University | No | thesundevils.com | Yes |
| Arkansas State University | No | astateredwolves.com | Yes |
| Auburn University | No | auburntigers.com | Yes |
| Austin Peay State University | No | letsgopeay.com | Yes |
| Ball State University | No | ballstatesports.com | Yes |
| Baylor University | No | baylorbears.com | Yes |
| Bellarmine University | No | athletics.bellarmine.edu | Yes |
| Belmont University | No | belmontbruins.com | Yes |
| Bethune-Cookman University | No | bcuathletics.com | Yes |
| Binghamton University | No | bubearcats.com | Yes |
| Boise State University | No | broncosports.com | Yes |
| Boston College | No | bceagles.com | Yes |
| Boston University | No | goterriers.com | Yes |
| Bowling Green State University | No | bgsufalcons.com | Yes |
| Bradley University | No | bradleybraves.com | Yes |
| Brown University | No | brownbears.com | Yes |
| Bucknell University | No | bucknellbison.com | Yes |
| Butler University | No | butlersports.com | Yes |
| Cal Poly - San Louis Obispo | No | gopoly.com | Yes |
| California Baptist University | No | cbulancers.com | No |
| California State University (CSU) - Bakersfield | No | gorunners.com | Yes |
| CSU - Fresno | No | gobulldogs.com | Yes |
| CSU - Northridge | No | gomatadors.com | Yes |
| Campbell University | Yes | gocamels.com | Yes |
| Canisius College | No | gogriffs.com | Yes |
| Central Michigan University | No | cmuchippewas.com | Yes |
| Charleston Southern University | No | csusports.com | Yes |
| Chicago State University | No | gocsucougars.com | Yes |
| Coastal Carolina University | No | goccusports.com | Yes |
| Colgate University | No | colgateathletics.com | Yes |
| College of Charleston (South Carolina) | No | cofcsports.com | Yes |
| College of the Holy Cross | Yes | goholycross.com | Yes |
| Colorado College | No | cctigers.com | Yes |
| Colorado State University | No | csurams.com | Yes |
| Columbia University | No | gocolumbialions.com | Yes |
| Coppin State University | No | coppinstatesports.com | Yes |
| Cornell University | No | cornellbigred.com | Yes |
| Creighton University | No | gocreighton.com | Yes |
| Dartmouth College | No | dartmouthsports.com | Yes |
| Davidson College | No | davidsonwildcats.com | Yes |
| Delaware State University | No | dsuhornets.com | Yes |
| DePaul University | Yes | depaulbluedemons.com | Yes |
| Drake University | Yes | godrakebulldogs.com | Yes |
| Drexel University | No | drexeldragons.com | Yes |
| Duke University | No | goduke.com | Yes |
| Duquesne University | Yes | goduquesne.com | Yes |
| East Carolina University | Yes | ecupirates.com | Yes |
| Eastern Illinois University | No | eiupanthers.com | Yes |
| Eastern Kentucky University | No | ekusports.com | Yes |
| Eastern Michigan University | No | emueagles.com | Yes |
| Eastern Washington University | No | goeags.com | Yes |
| Elon University | No | elonphoenix.com | Yes |
| Fairfield University | No | fairfieldstags.com | Yes |
| Fairleigh Dickinson University, Metropolitan Campus | No | fduknights.com | Yes |
| Florida A&M University | No | famuathletics.com | Yes |
| Florida Atlantic University | No | fausports.com | Yes |
| Florida Gulf Coast University | No | fgcuathletics.com | Yes |
| Florida International University | Yes | fiusports.com | Yes |
| Fordham University | No | fordhamsports.com | Yes |

Total Schools: 338
Pixel Present: 69
PSE Present: 330

As measured June 6-7, 2023

**EXHIBIT A**
Division 1 xSidearmsports
(as of June 6-7, 2023)

| Teams | Pixel Present | Link | Google PSE Present |
|---|---|---|---|
| Fresno State University | No | gobulldogs.com | Yes |
| Furman University | No | furmanpaladins.com | Yes |
| Gardner-Webb University | No | gwusports.com | Yes |
| George Mason University | Yes | gomason.com | Yes |
| George Washington University | No | gwsports.com | Yes |
| Georgetown University | No | guhoyas.com | Yes |
| Georgia Southern University | No | gseagles.com | Yes |
| Gonzaga University | No | gozags.com | Yes |
| Grambling State University | No | gsutigers.com | Yes |
| Grand Canyon University | Yes | gculopes.com | Yes |
| Hampton University | No | hamptonpirates.com | Yes |
| Harvard University | Yes | gocrimson.com | Yes |
| High Point University | No | highpointpanthers.com | Yes |
| Hofstra University | No | gohofstra.com | Yes |
| Houston Christian University | No | hcuhuskies.com | Yes |
| Howard University | No | hubison.com | Yes |
| Idaho State University | No | isubengals.com | Yes |
| Illinois State University | No | goredbirds.com | Yes |
| Indiana State University | No | gosycamores.com | Yes |
| Indiana University-Bloomington | No | iuhoosiers.com | Yes |
| Indiana University-Purdue University Indianapolis | No | iupuijags.com | Yes |
| Iona University | No | ionagaels.com | Yes |
| Iowa State University | Yes | cyclones.com | Yes |
| Jackson State University | No | gojsutigers.com | Yes |
| Jacksonville State University | No | jsugamecocksports.com | Yes |
| Jacksonville University | No | judolphins.com | Yes |
| James Madison University | No | jmusports.com | Yes |
| Kansas State University | Yes | kstatesports.com | Yes |
| Kennesaw State University | Yes | ksuowls.com | Yes |
| Kent State University | No | kentstatesports.com | Yes |
| La Salle University | No | goexplorers.com | Yes |
| Lafayette College | No | goleopards.com | Yes |
| Lamar University | No | lamarcardinals.com | Yes |
| Lehigh University | Yes | lehighsports.com | Yes |
| Lindenwood University | No | lindenwoodlions.com | Yes |
| Lipscomb University | No | lipscombsports.com | Yes |
| Long Beach State University | Yes | longbeachstate.com | Yes |
| Long Island University | No | liuathletics.com | Yes |
| Longwood University | No | longwoodlancers.com | Yes |
| Loyola Marymount University | No | lmulions.com | Yes |
| Loyola University Chicago | No | loyolaramblers.com | Yes |
| Louisiana Tech University | Yes | latechsports.com | Yes |
| Loyola University Maryland | No | loyolagreyhounds.com | Yes |
| Manhattan College | No | gojaspers.com | Yes |
| Marist College | No | goredfoxes.com | Yes |
| Marquette University | No | gomarquette.com | Yes |
| Marshall University | No | herdzone.com | Yes |
| McNeese State University | No | mcneesesports.com | Yes |
| Mercer University | Yes | mercerbears.com | Yes |
| Merrimack College | No | merrimackathletics.com | Yes |
| Miami University (Ohio) | No | miamiredhawks.com | Yes |
| Michigan State University | No | msuspartans.com | Yes |
| Middle Tennessee State University | No | goblueraiders.com | Yes |
| Mississippi State University | No | hailstate.com | Yes |
| Mississippi Valley State University | No | mvsusports.com | Yes |
| Missouri State University | No | missouristatebears.com | Yes |
| Monmouth University | No | monmouthhawks.com | Yes |
| Montana State University-Bozeman | No | msubobcats.com | Yes |
| Morehead State University | No | msueagles.com | Yes |
| Morgan State University | No | morganstatebears.com | No Search Bar |
| Mount St. Mary's University | No | mountathletics.com | Yes |
| Murray State University | No | goracers.com | No Search Bar |
| New Jersey Institute of Technology | No | njithighlanders.com | Yes |
| New Mexico State University | No | nmstatesports.com | Yes |
| Niagara University | Yes | purpleeagles.com | Yes |

**EXHIBIT A**
Division 1 xSidearmsports
(as of June 6-7, 2023)

| Teams | Pixel Present | Link | Google PSE Present |
|---|---|---|---|
| Nicholls State University | Yes | geauxcolonels.com | Yes |
| Norfolk State University | No | nsuspartans.com | Yes |
| North Carolina A&T State University | Yes | ncataggies.com | Yes |
| North Carolina Central University | No | nccueaglepride.com | Yes |
| North Carolina State University | No | gopack.com | Yes |
| North Dakota State University | No | gobison.com | Yes |
| Northeastern University | No | nuhuskies.com | Yes |
| Northern Arizona University | Yes | nauathletics.com | Yes |
| Northern Illinois University | No | niuhuskies.com | Yes |
| Northern Kentucky University | No | nkunorse.com | Yes |
| Northwestern State University | No | nsudemons.com | Yes |
| Northwestern University | Yes | nusports.com | Yes |
| Oakland University | No | goldengrizzlies.com | Yes |
| Ohio University | No | ohiobobcats.com | Yes |
| Oklahoma State University | No | okstate.com | Yes |
| Old Dominion University | Yes | odusports.com | Yes |
| Oral Roberts University | No | oruathletics.com | Yes |
| Oregon State University | No | osubeavers.com | Yes |
| Pennsylvania State University | No | gopsusports.com | Yes |
| Pepperdine University | No | pepperdinewaves.com | Yes |
| Portland State University | No | goviks.com | Yes |
| Prairie View A&M University | No | pvpanthers.com | Yes |
| Presbyterian College | No | gobluehose.com | Yes |
| Princeton University | No | goprincetontigers.com | Yes |
| Providence College | No | friars.com | Yes |
| Purdue University | No | purduesports.com | Yes |
| Purdue University Fort Wayne | No | gomastodons.com | Yes |
| Queens University of Charlotte | No | queensathletics.com | Yes |
| Quinnipiac University | No | gobobcats.com | Yes |
| Radford University | No | radfordathletics.com | Yes |
| Rice University | No | riceowls.com | Yes |
| Rider University | No | gobroncs.com | Yes |
| Robert Morris University | No | rmucolonials.com | Yes |
| Rutgers, The State University of New Jersey, New Brunsw | No | scarletknights.com | Yes |
| Sacred Heart University | No | sacredheartpioneers.com | Yes |
| Sacramento State University | No | hornetsports.com | Yes |
| Saint Francis University (Pennsylvania) | No | sfuathletics.com | Yes |
| Saint John's University | No | gojohnnies.com | Yes |
| Saint Joseph's University | No | sjuhawks.com | Yes |
| Saint Louis University | No | slubillikens.com | Yes |
| Saint Mary's College of California | Yes | smcgaels.com | Yes |
| Saint Peter's University | No | saintpeterspeacocks.com | Yes |
| Sam Houston State University | No | gobearkats.com | Yes |
| Samford University | Yes | samfordsports.com | Yes |
| San Diego State University | No | goaztecs.com | Yes |
| San Jose State University | No | sjsuspartans.com | Yes |
| Seattle University | No | goseattleu.com | Yes |
| Seton Hall University | No | shupirates.com | Yes |
| Siena College | Yes | sienasaints.com | Yes |
| South Carolina State University | No | scsuathletics.com | Yes |
| South Dakota State University | No | gojacks.com | Yes |
| Southeast Missouri State University | Yes | semoredhawks.com | Yes |
| Southeastern Louisiana University | No | lionsports.net | Yes |
| Southern Illinois University at Carbondale | Yes | siusalukis.com | Yes |
| Southern Illinois University Edwardsville | No | siuecougars.com | Yes |
| Southern Methodist University | No | smumustangs.com | Yes |
| Southern University, Baton Rouge | No | gojagsports.com | Yes |
| Southern Utah University | No | suutbirds.com | Yes |
| St. Bonaventure University | Yes | gobonnies.com | Yes |
| St. Francis College Brooklyn | No | sfcathletics.com | Yes |
| St. John's University (New York) | Yes | redstormsports.com | Yes |
| Stanford University | No | gostanford.com | Yes |
| Stephen F. Austin State University | No | sfajacks.com | Yes |
| Stetson University | No | gohatters.com | Yes |
| Stony Brook University | No | stonybrookathletics.com | Yes |

**EXHIBIT A**
Division 1 xSidearmsports
(as of June 6-7, 2023)

| Teams | Pixel Present | Link | Google PSE Present |
|---|---|---|---|
| Syracuse University | Yes | cuse.com | Yes |
| Tarleton State University | Yes | tarletonsports.com | Yes |
| Temple University | Yes | owlsports.com | Yes |
| Tennessee State University | No | tsutigers.com | Yes |
| Texas A&M University | No | 12thman.com | Yes |
| Texas A&M University-Commerce | No | lionathletics.com | Yes |
| Texas A&M University-Corpus Christi | No | goislanders.com | Yes |
| Texas Christian University | No | gofrogs.com | Yes |
| Texas Southern University | No | tsusports.com | Yes |
| Texas State University | No | txst.com | Yes |
| Texas Tech University | No | texastech.com | Yes |
| The Citadel | No | citadelsports.com | Yes |
| The University of North Carolina at Charlotte | Yes | charlotte49ers.com | Yes |
| The University of North Carolina at Greensboro | No | uncgspartans.com | Yes |
| The University of Southern Mississippi | No | southernmiss.com | Yes |
| The University of Texas Rio Grande Valley | No | goutrgv.com | Yes |
| The University of Tulsa | No | tulsahurricane.com | Yes |
| Towson University | No | towsontigers.com | Yes |
| Troy University | No | troytrojans.com | Yes |
| Tulane University | Yes | tulanegreenwave.com | Yes |
| U.S. Air Force Academy | No | goairforcefalcons.com | Yes |
| U.S. Military Academy | Yes | goarmywestpoint.com | No |
| U.S. Naval Academy | No | navysports.com | Yes |
| University at Albany | Yes | ualbanysports.com | Yes |
| University at Buffalo, the State University of New York | No | ubbulls.com | Yes |
| University of Akron | No | gozips.com | Yes |
| University of Alabama | No | rolltide.com | Yes |
| University of Alabama at Birmingham | No | uabsports.com | Yes |
| University of Arizona | No | arizonawildcats.com | Yes |
| University of Arkansas at Little Rock | No | lrtrojans.com | Yes |
| University of Arkansas, Pine Bluff | No | uapblionsroar.com | Yes |
| University of California, Berkeley | Yes | calbears.com | Yes |
| University of California, Davis | No | ucdavisaggies.com | Yes |
| University of California, Irvine | No | ucirvinesports.com | Yes |
| University of California, Los Angeles | No | uclabruins.com | Yes |
| University of California, Riverside | No | gohighlanders.com | Yes |
| University of California, San Diego | No | ucsdtritons.com | Yes |
| University of Central Arkansas | No | ucasports.com | Yes |
| University of Central Florida | No | ucfknights.com | Yes |
| University of Cincinnati | No | gobearcats.com | Yes |
| University of Colorado, Boulder | Yes | cubuffs.com | Yes |
| University of Connecticut | No | uconnhuskies.com | Yes |
| University of Dayton | No | daytonflyers.com | Yes |
| University of Delaware | No | bluehens.com | Yes |
| University of Denver | No | denverpioneers.com | Yes |
| University of Detroit Mercy | No | detroittitans.com | Yes |
| University of Evansville | No | gopurpleaces.com | Yes |
| University of Florida | No | floridagators.com | Yes |
| University of Georgia | No | georgiadogs.com | Yes |
| University of Hartford | Yes | hartfordhawks.com | Yes |
| University of Hawaii, Manoa | No | hawaiiathletics.com | Yes |
| University of Houston | No | uhcougars.com | Yes |
| University of Idaho | No | govandals.com | Yes |
| University of Illinois Chicago | Yes | uicflames.com | Yes |
| University of Illinois Urbana-Champaign | Yes | fightingillini.com | Yes |
| University of Louisiana at Lafayette | No | ragincajuns.com | Yes |
| University of Louisiana Monroe | No | ulmwarhawks.com | Unknown - Search Bar Broken |
| University of Louisville | Yes | gocards.com | Yes |
| University of Maine | No | goblackbears.com | Yes |
| University of Maryland Eastern Shore | No | easternshorehawks.com | Yes |
| University of Maryland, Baltimore County | No | umbcretrievers.com | Yes |
| University of Maryland, College Park | No | umterps.com | Yes |
| University of Massachusetts Lowell | No | goriverhawks.com | Yes |
| University of Massachusetts, Amherst | Yes | umassathletics.com | Yes |
| University of Memphis | Yes | gotigersgo.com | Yes |
| University of Michigan | No | mgoblue.com | Yes |
| University of Minnesota, Twin Cities | No | gophersports.com | Yes |
| University of Mississippi | No | olemisssports.com | Yes |
| University of Missouri, Columbia | Yes | mutigers.com | Yes |
| University of Missouri-Kansas City | No | kcroos.com | Yes |
| University of Montana | Yes | gogriz.com | No Search Bar |

**EXHIBIT A**
Division 1 xSidearmsports
(as of June 6-7, 2023)

| Teams | Pixel Present | Link | Google PSE Present |
|---|---|---|---|
| University of Nebraska Omaha | Yes | omavs.com | Yes |
| University of Nebraska-Lincoln | No | huskers.com | Yes |
| University of Nevada, Las Vegas | No | unlvrebels.com | Yes |
| University of Nevada, Reno | No | nevadawolfpack.com | Yes |
| University of New Hampshire | No | unhwildcats.com | Yes |
| University of New Orleans | Yes | unoprivateers.com | Yes |
| University of North Alabama | No | roarlions.com | Yes |
| University of North Carolina Asheville | Yes | uncabulldogs.com | Yes |
| University of North Carolina Wilmington | No | uncwsports.com | Yes |
| University of North Carolina, Chapel Hill | No | goheels.com | Yes |
| University of North Dakota | Yes | fightinghawks.com | Yes |
| University of North Florida | No | unfospreys.com | Yes |
| University of North Texas | No | meangreensports.com | Yes |
| University of Northern Colorado | No | uncbears.com | Yes |
| University of Northern Iowa | No | unipanthers.com | Yes |
| University of Oklahoma | No | soonersports.com | Yes |
| University of Oregon | No | goducks.com | Yes |
| University of Pennsylvania | No | pennathletics.com | Yes |
| University of Pittsburgh | No | pittsburghpanthers.com | Yes |
| University of Portland | Yes | portlandpilots.com | Yes |
| University of Rhode Island | Yes | gorhody.com | Yes |
| University of Richmond | No | richmondspiders.com | Yes |
| University of San Diego | No | usdtoreros.com | Yes |
| University of San Francisco | Yes | usfdons.com | Yes |
| University of South Alabama | No | usajaguars.com | Yes |
| University of South Carolina Upstate | No | upstatespartans.com | Yes |
| University of South Dakota | Yes | goyotes.com | Yes |
| University of South Florida | No | gousfbulls.com | Yes |
| University of Southern California | No | usctrojans.com | Yes |
| University of Southern Indiana | No | usiscreamingeagles.com | Yes |
| University of St. Thomas (Minnesota) | No | tommiesports.com | Yes |
| University of Tennessee at Chattanooga | No | gomocs.com | Yes |
| University of Tennessee at Martin | No | utmsports.com | Yes |
| University of Tennessee, Knoxville | No | utsports.com | Yes |
| University of Texas at Arlington | Yes | utamavs.com | Yes |
| University of Texas at Austin | No | texassports.com | Yes |
| University of Texas at El Paso | No | utepminers.com | Yes |
| University of Texas at San Antonio | Yes | goutsa.com | Yes |
| University of the Incarnate Word | No | uiwcardinals.com | No |
| University of the Pacific | Yes | pacifictigers.com | Yes |
| University of Toledo | Yes | utrockets.com | Yes |
| University of Utah | Yes | utahutes.com | Yes |
| University of Vermont | No | uvmathletics.com | Yes |
| University of Washington | Yes | gohuskies.com | Yes |
| University of Wisconsin-Green Bay | No | greenbayphoenix.com | Yes |
| University of Wisconsin-Madison | No | uwbadgers.com | Yes |
| University of Wisconsin-Milwaukee | Yes | mkepanthers.com | Yes |
| University of Wyoming | No | gowyo.com | Yes |
| Utah State University | No | utahstateaggies.com | Yes |
| Utah Tech University | Yes | utahtechtrailblazers.com | Yes |
| Utah Valley University | Yes | gouvu.com | Yes |
| Villanova University | Yes | villanova.com | Yes |
| Virginia Commonwealth University | No | vcuathletics.com | Yes |
| Virginia Military Institute | No | vmikeydets.com | Yes |
| Virginia Tech | No | hokiesports.com | Yes |
| Wagner College | No | wagnerathletics.com | Yes |
| Wake Forest University | No | godeacs.com | Yes |
| Washington State University | No | wsucougars.com | Yes |
| Weber State University | No | weberstatesports.com | Yes |
| West Virginia University | Yes | wvusports.com | Yes |
| Western Carolina University | No | catamountsports.com | Yes |
| Western Illinois University | No | goleathernecks.com | Yes |
| Western Kentucky University | No | wkusports.com | Yes |
| Western Michigan University | No | wmubroncos.com | Yes |
| Wichita State University | No | goshockers.com | Yes |
| William & Mary | Yes | tribeathletics.com | Yes |
| Winthrop University | No | winthropeagles.com | Yes |
| Wofford College | No | woffordterriers.com | Yes |
| Wright State University | No | wsuraiders.com | Yes |
| Xavier University | No | goxavier.com | Yes |
| Yale University | No | yalebulldogs.com | Yes |
| Youngstown State University | No | ysusports.com | Yes |