# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HEERDE, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−04493−FLA−MAA<br><br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 08/23/2024 | 86 | Notice (Other) by plaintiffs |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:
     Refer to CM/ECF No. 87.

Dated: 08/26/2024        By: _____
                              United States District Judge