David J. Richardson (SBN 168592)
*drichardson@bakerlaw.com*
Nicole C. Cemo (SBN 307848)
*ncemo@bakerlaw.com*
Michael Patrick Brown (SBN 328579)
*mpbrown@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700,
Los Angeles, CA 90067
Telephone:    310.820.8800
Facsimile:    310.820.8859

Attorneys for Plaintiff
SENSORYEFFECTS CEREAL SYSTEMS, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| SENSORYEFFECTS CEREAL SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAER, INC. dba YUMI, a Delaware Corporation, and DOES 1-20,<br><br>Defendants. | Case No.: 24STCV10282<br><br>Assigned for All Purposes to the Honorable James C. Chalfant, Dept. 85<br><br>**PLAINTIFF'S *NOTICE OF ERRATA* RE: (1) APPLICATION FOR RIGHT TO ATTACH ORDER & ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT; AND (2) AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT**<br><br>Date:      June 11, 2024<br>Time:      9:30 a.m.<br>Dept.:      85 |

TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff SensoryEffects Cereal Systems, Inc. ("Plaintiff"), by and through its counsel of record, respectfully submits this *Notice of Errata* to correct errors made in (1) Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (the "Application"); and (2) Declaration of Maria Dake in Support of Plaintiff's Motion for Right to Attach Order and Order for Issuance of Writ of Attachment (the "Declaration"). Plaintiff's former counsel filed the aforementioned documents before Plaintiff's final review or signature thereof. As a result, the signatures on the Application and Declaration are improper and the second sentence in Paragraph 7 of the Declaration should be removed—the substance of the Application and the remainder of the Declaration all remain the same. Plaintiff was not made aware that the Application and Declaration were filed until May 21, 2024; immediately after learning of the filing, Plaintiff took action by engaging its current counsel of record, Baker & Hostetler LLP, and filing the present Notice of Errata to replace the improper signatures and correct the statement in the Declaration.

The corrected version of the Application is attached hereto as **Exhibit A**; the corrected Amended Declaration is attached hereto as **Exhibit B**; and a redline comparison of the original Declaration and Amended Declaration is attached hereto as **Exhibit C**.

Dated:  May 24, 2024

                                    **BAKER & HOSTETLER LLP**

                                    By: _____
                                         David J. Richardson
                                         Nicole C. Cemo
                                         Michael Patrick Brown

                                         Attorneys for Plaintiff
                                         SENSORYEFFECTS CEREAL
                                         SYSTEMS, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

AT-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| David J. Richardson (SBN 168592); Nicole C. Cemo (SBN 307848); Baker & Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067 TELEPHONE NO.: 310.820.8800    FAX NO. *(Optional)*: 310.820.8859 E-MAIL ADDRESS *(Optional)*: drichardson@bakerlaw.com; ncemo@bakerlaw.co ATTORNEY FOR *(Name)*: SensoryEffects Cereal Systems, Inc. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: SensoryEffects Cereal Systems, Inc.

DEFENDANT: Caer, Inc. d/b/a Yumi

| APPLICATION FOR | CASE NUMBER: |
|---|---|
| ✓ RIGHT TO ATTACH ORDER    ☐ TEMPORARY PROTECTIVE ORDER ✓ ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT ☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT     ✓ After Hearing    ☐ Ex Parte     ☐ Against Property of Nonresident | 24STCV10282 |

1. Plaintiff *(name)*: SensoryEffects Cereal Systems, Inc.

   applies   ✓ after hearing    ☐ ex parte   for
   a. ✓  a right to attach order and writ of attachment.
   b. ☐  an additional writ of attachment.
   c. ☐  a temporary protective order.
   d. ☐  an order directing the defendant to transfer to the levying officer possession of
       (1) ☐  property in defendant's possession.
       (2) ☐  documentary evidence in defendant's possession of title to property.
       (3) ☐  documentary evidence in defendant's possession of debt owed to defendant.

2. Defendant *(name)*: Caer, Inc. d/b/a Yumi

   a. ☐  is a natural person who
       (1) ☐  resides in California.
       (2) ☐  does not reside in California.
   b. ✓  is a corporation
       (1) ✓  qualified to do business in California.
       (2) ☐  not qualified to do business in California.
   c. ☐  is a California partnership or other unincorporated association.
   d. ☐  is a foreign partnership that
       (1) ☐  has filed a designation under Corporations Code section 15800.
       (2) ☐  has not filed a designation under Corporations Code section 15800.
   e. ☐  is other *(specify)*:

3. Attachment is sought to secure recovery on a claim upon which attachment may issue under *(check one)*:
   ✓  Code of Civil Procedure section 483.010    ☐  Welfare and Institutions Code section 15657.01.

4. Attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

5. Plaintiff has no information or belief that the claim is discharged or the prosecution of the action is stayed in a proceeding under title 11 of the United States Code (Bankruptcy).

Page 1 of 3

**APPLICATION FOR RIGHT TO ATTACH ORDER,
TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**

Code of Civil Procedure, §§ 482.030, 484.010 et seq.;
Welfare. & Institutions. Code, § 15657.01
www.courtinfo.ca.gov

AT-105

| SHORT TITLE | CASE NUMBER: |
|---|---|
| SensoryEffects Cereal Systems, Inc. v. Caer, Inc. d/b/a Yumi | 24STCV10282 |

6.  a.  ☐  Plaintiff's claim or claims arise out of conduct by the defendant who is a natural person of a trade, business, or profession. The claim or claims are not based on the sale or lease of property, a license to use property, the furnishing of services, or the loan of money where any of the foregoing was used by the defendant primarily for personal, family, or household purposes.

    b.  ☐  Plaintiff's claim or claims arise out of conduct of a natural person who or an entity that has taken, secreted, appropriated, obtained or retained, or assisted in taking, secreting, appropriating, obtaining, or retaining real or personal property of an elder or  dependent adult for a wrongful use, with intent to defraud, or by using undue influence.

7.  The facts showing plaintiff is entitled to a judgment on the claim up on which the attachment is based are set forth with particularity in the
    a.  ☑  verified complaint.
    b.  ☑  attached affidavit or declaration.
    c.  ☐  following facts (specify):

8.  The amount to be secured by the attachment is: $ 205,557.03
    a.  ☑  which includes estimated costs of: $ 896.23
    b.  ☑  which includes estimated allowable attorney fees of: $ 9,890.00

9.  Plaintiff is informed and believes that the following property sought to be attached for which a method of levy is provided is subject to attachment:
    a.  ☑  Any property of a defendant who is **not** a natural person.
    b.  ☐  Any property of a nonresident defendant.
    c.  ☐  Property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 (specify):

    d.  ☐  Property covered by a bulk sales notice with respect to a bulk transfer by defendant on the proceeds of the sale of such property (describe):

    e.  ☐  Plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold (specify license number):

10.  Plaintiff is informed and believes that the property sought to be attached is not exempt from attachment.

11.  ☐  The court issued a Right to Attach Order on (date):
         (Attach a copy.)

12.  ☐  Nonresident defendant has not filed a general appearance.

**APPLICATION FOR RIGHT TO ATTACH ORDER,
TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**

AT-105

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| SensoryEffects Cereal Systems, Inc. v. Caer, Inc. d/b/a Yumi | 24STCV10282 |

13. a.   Plaintiff ☐ alleges on ex parte application for order for writ of attachment
                ☐ is informed and believes on application for temporary protective order
       that plaintiff will suffer great or irreparable injury if the order is not issued before the matter can be heard on notice because
       (1) ☐ it may be inferred that there is a danger that the property sought to be attached will be
              (a) ☐ concealed.
              (b) ☐ substantially impaired in value.
              (c) ☐ made unavailable to levy by other than concealment or impairment in value.
       (2) ☐ defendant has failed to pay the debt underlying the requested attachment and is insolvent as defined in Code of Civil
              Procedure section 485.010(b)(2).
       (3) ☐ a bulk sales notice was recorded and published pursuant to division 6 of the Commercial Code with respect to a bulk
              transfer by the defendant.
       (4) ☐ an escrow has been opened under the provisions of Business and Professions Code section 24074 with respect to
              the sale by the defendant.
       (5) ☐ other circumstances (specify):

    b. The statements in item 13a are established by ☐ the attached affidavit or declaration
           ☐ the following facts (specify):

14.   ☐ Plaintiff requests the following relief by temporary protective order (specify):

15.   Plaintiff
      a. ☐ has filed an undertaking in the amount of: $
      b. ☑ has not filed an undertaking.

Date: May 24, 2024

David J. Richardson
_____
(TYPE OR PRINT NAME OF PLAINTIFF OR PLAINTIFF's ATTORNEY)

► _____
(SIGNATURE OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)

---

**DECLARATION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 24, 2024

Maria Dake
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF DECLARANT)

16. Number of pages attached: _____

AT-105 [Rev. July 1, 2010]

**APPLICATION FOR RIGHT TO ATTACH ORDER,
TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**

Page 3 of 3

# EXHIBIT B

1  David J. Richardson (SBN 168592)
   *drichardson@bakerlaw.com*
2  Nicole C. Cemo (SBN 307848)
   *ncemo@bakerlaw.com*
3  Michael Patrick Brown (SBN 328579)
   *mpbrown@bakerlaw.com*
4  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
5  Los Angeles, CA 90025
   Telephone:   310.820.8800
6  Facsimile:   310.820.8859

7  Attorneys for Plaintiff
   SensoryEffects Cereal Systems, Inc.
8

9                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
10
                       **COUNTY OF LOS ANGELES**
11

12

13  SENSORYEFFECTS CEREAL SYSTEMS,          Case No.: 24STCV10282
    INC., a Delaware Corporation,
14                                          **AMENDED DECLARATION OF MARIA**
                      Plaintiff,            **DAKE IN SUPPORT OF PLAINTIFF'S**
15                                          **MOTION FOR RIGHT TO ATTACH**
    v.                                      **ORDER AND ISSUANCE OF WRIT OF**
16                                          **ATTACHMENT**
    CAER, INC. dba YUMI, a Delaware
17  Corporation, and DOES 1-20;
                                            <u>Hearing</u>
18                    Defendant,            Date:        June 11, 2024
                                            Time:        9:30 a.m.
19                                          Dept.:       85
                                            Judge:       Hon. James C. Chalfant
20

21

22

23

24

25

26

27

28

──────────────────────────────────────────
AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH
ORDER AND ISSUANCE OF WRIT OF ATTACHMENT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

I, MARIA DAKE, declare as follows:

1.     I am the Senior Business Director with SensoryEffects Cereal Systems, Inc. and am authorized to make this declaration for and on SensoryEffects Cereal Systems, Inc.'s behalf. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     In my professional capacity as the Senior Business Director with SensoryEffects Cereal Systems, Inc. ("SENSORYEFFECTS"), I have access to, custody and control over SENSORYEFFECTS' business records pertaining to its transactions with Caer, Inc. dba Yumi ("YUMI"). I am familiar with the method by which SENSORYEFFECTS maintains those books and records, and know that those records were made in the regular course of SENSORYEFFECTS' business from writings or data entries made at or near the time the events recorded by persons with personal knowledge of the vents and with a business duty to SENSORYEFFECTS to accurately record those events. Thus, the statements made in this Declaration are made upon my personal knowledge and review of SENSORYEFFECTS' business records pertaining to transactions between SENSORYEFFECTS and YUMI.

3.     On or around February 14, 2023, YUMI placed a purchase order with SENSORYEFFECTS for 20,000 pounds of strawberry basil rice-free puffs, 20,000 pounds of apple and broccoli rice-free puffs, and 10,000 pounds of berry and sweet pea rice-free puffs. SENSORYEFFECTS accepted YUMI's purchase order. Attached hereto as **Exhibit A** is a true and correct copy of YUMI's February 14, 2023 purchase order.

4.     On or around July 27, 2023, YUMI submitted a revised purchase order whereby YUMI requested production of 10,800 pounds of each flavor of rice-free puffs (strawberry basil; apple and broccoli; and berry and sweet pea). YUMI further requested the extra 10,000 pounds of the strawberry basil and apple broccoli flavors included in the original February 14, 2023 purchase order be manufactured approximately eight (8) weeks later. Attached hereto as **Exhibit B** is a true and correct copy of YUMI's revised purchase order.

5.     On or around September 5, 2023, SENSORYEFFECTS shipped 10,460 pounds of organic strawberry basil rice-free puffs per YUMI's request and shipping instructions. The same

AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT

day, SENSORYEFFECTS issued invoice number 5170 to YUMI in the amount of $103,972.40 for the strawberry basil rice-free puffs manufactured and shipped. Per the terms of the invoice number 5170, YUMI was to remit payment on or before October 5, 2023. However, to date, YUMI has failed to make any effort to pay invoice number 5170. Attached hereto as **Exhibit C** is a true and correct copy of invoice number 5170.

6.      On or around September 6, 2023, SENSORYEFFECTS shipped 10,720 pounds of organic apple and broccoli rice-free puffs per YUMI's request and shipping instructions. The same day, SENSORYEFFECTS issued invoice number 5173 to YUMI in the amount of $90,798.40 for the apple and broccoli rice-free puffs manufactured and shipped. Per the terms of invoice 5173, YUMI was to remit payment on or before October 6, 2023. However, to date, YUMI has failed to make any effort to pay invoice number 5173. Attached hereto as **Exhibit D** is a true and correct copy of invoice number 5173.

7.      When YUMI failed to timely pay invoice numbers 5170 and 5173 as requested in each respective invoice, SENSORYEFFECTS sent via e-mail requests for YUMI to bring their account current by paying the outstanding amounts owed on invoice numbers 5170 and 5173. Attached hereto as **Exhibit E** is a true and correct copy of the e-mail chain between YUMI and SENSORYEFFECTS.

8.      Thereafter, SENSORYEFFECTS sent a formal demand letter on March 1, 2024 demanding YUMI to pay the outstanding invoices in full, which total $194,770.80, no later than March 6, 2024. Attached hereto as **Exhibit F** is a true and correct copy of the March 1, 2024 demand letter.

9.      On March 12, 2024, YUMI sent an e-mail acknowledging receipt of the March 1, 2024 demand letter. Additionally, YUMI acknowledged it owed SENSORYEFFECTS the demanded amount and did not contest the demanded amount. See, Exhibit D.

10.     After the March 12, 2024 e-mail, I am informed and believe YUMI did not send any further correspondence to SENSORYEFFECTS regarding the amount owed. Furthermore, YUMI has failed to pay any portion of the amount owed to SENSORYEFFECTS.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT

11.    YUMI's obligations under invoice numbers 5170 and 5173 are not secured by any interest in real property.

12.    I am informed and believe that YUMI has proceeds of a JPMorgan Chase bank account subject to attachment or levy.

13.    YUMI's debt obligation to SENSORYEFFECTS for the two unpaid invoices in the amount of $194,770.80 was expressly acknowledged by YUMI and, to my knowledge, has never been subsequently been disputed, whether orally or in writing.

14.    I am not aware of any bankruptcy claims filed by YUMI.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 24, 2024 at Monroe County, Illinois.

*Maria Dake*

MARIA DAKE

AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

# YUMI

## Purchase Order

| | |
|---|---|
| **Date** | 2/14/2023 |
| **PO #** | PO1721 |

### Caer, Inc. dba YUMI

8070 Melrose Avenue
Los Angeles, CA 90046
accounting@helloyumi.com

**Vendor**
Balchem Ingredient Solutions
136 Fox Run Drive
Defiance OH 43512
United States

**Ship To**
Create A Pack Foods Inc.
United States

| Contact Email | Contact Phone | Vendor Reference # | Created By | Estimated Delivery |
|---|---|---|---|---|
| | | | 1034 Courtney Cuff | 4/19/2023 |

| Terms | | Memo | Ship Via | Freight Terms |
|---|---|---|---|---|
| Net 30 | | All products are revised RFI formulas | | |

| Item Number | Description | Location | Expected Delivery | Qty | UOM | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 32250100 | Yumi Organic Puffs Bulk – Strawberry Basil | Create A Pack Foods ... | 5/19/2023 | 20,000 | Lb | 8.34 | 166,800.00 |
| 32250101 | Yumi Organic Puffs Bulk – Apple & Broccoli | Create A Pack Foods ... | 5/19/2023 | 20,000 | Lb | 7.05 | 141,000.00 |
| 32250102 | Yumi Organic Puffs Bulk – Berry & Sweet Pea | Create A Pack Foods ... | 5/19/2023 | 10,000 | Lb | 8.47 | 84,700.00 |

**Total**　$392,500.00

# EXHIBIT B

# Purchase Order

**YUMI**

Caer, Inc. dba YUMI

8070 Melrose Avenue
Los Angeles, CA 90046
accounting@helloyumi.com

| | |
|---|---|
| **Date** | 2/14/2023 |
| **PO #** | PO1721 |

**Vendor**
Balchem Ingredient Solutions
136 Fox Run Drive
Defiance OH 43512
United States

**Ship To**
Create A Pack Foods Inc.
United States

| Contact Email | Contact Phone | Vendor Reference # | Created By | Estimated Delivery |
|---|---|---|---|---|
| | | | 1034 Courtney Cuff | 8/31/2023 |

| Terms | | Memo | Ship Via | Freight Terms |
|---|---|---|---|---|
| Net 30 | | All products are revised RFI formulas | | |

| Item Number | Description | Location | Expected Delivery | Qty | UOM | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 32250100 | Yumi Organic Puffs Bulk - Strawberry Basil | Create A Pack Foods ... | 8/31/2023 | 10,800 | Lb | 9.94 | 107,352.00 |
| 32250101 | Yumi Organic Puffs Bulk - Apple & Broccoli | Create A Pack Foods ... | 8/31/2023 | 10,800 | Lb | 8.47 | 91,476.00 |
| 32250102 | Yumi Organic Puffs Bulk - Berry & Sweet Pea | Create A Pack Foods ... | 8/31/2023 | 10,800 | Lb | 8.47 | 91,476.00 |

**Total**        $290,304.00

EXHIBIT C



Invoice

| Date | | Invoice # |
|------|--|-----------|
| 05-Sep-2023 | | INV0005170 |

| Due Date | | Order # |
|----------|--|---------|
| 05-Oct-2023 | | S500005524 |

136 Fox Run Drive
Defiance, OH  43512  USA
Phone: 419-782-5010

**Remit to Lockbox:**
SensoryEffects Cereal Systems
PO Box 21813
New York, NY  10087-1813  USA

**Wire / ACH instructions**
JPMorgan Chase Bank N.A.
ABA: 021000021/021000021
Account: SensoryEffects Cereal Systems
Redacted
SWIFT #: CHASUS33

**SOLD TO**
Caer, Inc DBA Yumi
1439 N. Highland Ave PMB 1013
Los Angeles, CA  90028  USA

**SHIP TO**
Create A Pack
N57 W39605 WI-16
Door E
Oconomowoc, WI  53066  USA

Telephone:

| P.O. | Order date | Date shipped |
|------|-----------|--------------|
| 1721-2 | 22-Aug-2023 | 05-Sep-2023 |

| Payment terms | Customer no. | Incoterms/Delivery Terms |
|---------------|--------------|--------------------------|
| Net 30 Days | C500000045 | EXW COL |

| Sales person | Packing slip # | Carrier | Ship from |
|--------------|----------------|---------|-----------|
| Mary Snyder | PPS0005785 | Cust Truck | Lincoln, NE, USA |

| Units | Package | Item Number<br>Product Description<br>Customer Stock Code | Quantity Ordered | Quantity Shipped | Unit Price | | Amount |
|-------|---------|-----------------------------------------------------------|------------------|------------------|------------|--|--------|
| 10,460.00 | lb | 80943F<br>Yumi Organic Rice-Free Puffs Strawberry Basil | 10,460.00 | 10,460.00 | 9.9400 | | 103,972.40 |

**Charges**

| Description | Notes | Amount |
|-------------|-------|--------|
| | Total Charges | |

| | USD | 0.00 |
|--|-----|------|
| Total Invoice Amount | USD | 103,972.40 |

**NOTES:**

*Purchase is subject to the terms and conditions which accompany this invoice and which are incorporated and made a part hereof.*

**Page 1 of 1**

# EXHIBIT D



Invoice

| Date | | Invoice # |
|---|---|---|
| 06-Sep-2023 | | INV0005173 |
| **Due Date** | | **Order #** |
| 06-Oct-2023 | | S500005554 |

136 Fox Run Drive
Defiance, OH  43512  USA
Phone: 419-782-5010

**Remit to Lockbox:**
SensoryEffects Cereal Systems
PO Box 21813
New York, NY  10087-1813  USA

**Wire / ACH instructions**
JPMorgan Chase Bank N.A.
ABA: 021000021/021000021
Account: SensoryEffects Cereal Systems
Redacted
SWIFT #: CHASUS33

SOLD TO
Caer, Inc DBA Yumi
1439 N. Highland Ave PMB 1013
Los Angeles, CA  90028  USA

SHIP TO
Create A Pack
N57 W39605 WI-16
Door E
Oconomowoc, WI  53066  USA

Telephone:

| P.O. | Order date | Date shipped |
|---|---|---|
| 1721-3 | 31-Aug-2023 | 06-Sep-2023 |

| Payment terms | Customer no. | Incoterms/Delivery Terms |
|---|---|---|
| Net 30 Days | C500000045 | EXW COL |

| Sales person | Packing slip # | Carrier | Ship from |
|---|---|---|---|
| Mary Snyder | PPS0005787 | Cust Truck | Lincoln, NE, USA |

| Units | Package | Item Number Product Description Customer Stock Code | Quantity Ordered | Quantity Shipped | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|
| 10,720.00 | lb | 80945F Yumi Organic Rice-Free Puffs Apple & Broccoli | 10,720.00 | 10,720.00 | 8.4700 | | 90,798.40 |

**Charges**

| Description | Notes | Amount |
|---|---|---|
| | Total Charges | |

| | USD | 0.00 |
|---|---|---|
| **Total Invoice Amount** | **USD** | **90,798.40** |

**NOTES:**

*Purchase is subject to the terms and conditions which accompany this invoice and which are incorporated and made a part hereof.*

**Page 1 of 1**

# EXHIBIT E

**Willis, Annie**

| | |
|---|---|
| **From:** | Ria Dake <rdake@balchem.com> |
| **Sent:** | Wednesday, March 13, 2024 6:59 AM |
| **To:** | Michael Pacyna; Theresa Boothe |
| **Cc:** | Travis Larsen; Ann Rivers; Mary Snyder |
| **Subject:** | RE: [External] Re: FW: Past Due Account |

Michael,

Thanks for reaching out.  I'll schedule a call with you for next Thursday to discuss status of payment.



**Ria Dake**
Sr. Business Director
Human Nutrition & Health

*o.* 314.888.6977
Redacted
13723 Riverport Drive Suite 201
Maryland Heights, MO 62043

---

**From:** Michael Pacyna <michael@helloyumi.com>
**Sent:** Tuesday, March 12, 2024 10:34 PM
**To:** Theresa Boothe <tboothe@balchem.com>
**Cc:** Travis Larsen <tlarsen@balchem.com>; Ria Dake <rdake@balchem.com>; Ann Rivers <ARivers@balchem.com>; Mary Snyder <msnyder@balchem.com>
**Subject:** [External] Re: FW: Past Due Account

> **CAUTION:** This email originated from outside of Balchem. DO NOT click any links or open any attachments unless you recognize the sender and know the content is safe.

Hi Theresa -

My apologies for the slow reply. We've been working through some complicated things here at Yumi, and I was holding in hopes that I'd be able to reconnect with solid information on how we are working toward this payment.

To be honest, I will likely need another week or so before we can address this, but I wanted to assure you that your attempts to connect are not being ignored.

I will be back in touch next week.

Thank you for your patience.

Best Regards,

Michael

On Fri, Mar 1, 2024 at 2:19 PM Theresa Boothe <tboothe@balchem.com> wrote:

Hello Michael, Jessica, Jason and Lina,

Please see attached letter requesting an immediate response for your past due balance.  It is imperative that we hear back from you or we will move forward with legal action.

Thank-you,

Theresa



**Theresa Boothe, Ph.D.**
Commercial and Technical Director

Cereal Systems
*o.* 402-470-5133



4343 NW 38th St.

Lincoln, NE 68524

---

**From:** Theresa Boothe <tboothe@balchem.com>
**Sent:** Monday, February 12, 2024 9:24 AM
**To:** michael@helloyumi.com
**Cc:** Mary Snyder <msnyder@balchem.com>; Ann Rivers <ARivers@BALCHEM.COM>; Ria Dake <rdake@balchem.com>
**Subject:** Past Due Account

Hello Michael,

Hope all is well with you!

Wanted to follow up on the past due on your account with the Balchem Lincoln site—attached are the invoices for the Strawberry Basil and  Apple & Broccoli Puffs.  The wire/ACH information is on the invoice if you prefer to direct pay.  Please let me know if you need any other information.

Thanks so much—

Theresa



**Theresa Boothe, Ph.D.**
Commercial and Technical Director

Cereal Systems
*o.* 402-470-5133



4343 NW 38th St.

Lincoln, NE 68524

--
Michael Pacyna
Chief Operating Officer
YUMI
323.788.3519

# EXHIBIT F



Human Nutrition & Health | Animal Nutrition & Health | Specialty Products

March 1, 2024

Caer, Inc DBA Yumi                          *Also sent via email*:
1439 N. Highland Ave PMB 1013               michael@helloyumi.com
Los Angeles, CA 90028 USA                   jessica@helloyumi.com
                                            jason@helloyumi.com
Caer, Inc DBA Yumi                          linapruitt@helloyumi.com
218 NW 24th St
Miami, FL 33127

RE: DEMAND FOR PAYMENT

To Whom It May Concern,

Your account is now seriously delinquent. Please contact our office immediately to pay your account in full.

Attached are the invoices that are past due in the amount of **$194,770.80**. Additionally, we have ordered and paid for discrete raw materials on your account in the amount of **$132,275.36**. This brings the total amount owed to **$327,046.16**.

To avoid further collection, make payment immediately or contact me to make suitable payment arrangements.

If we do not receive a response from you in five (5) days from the date of this letter, we will avail ourselves of the most appropriate recourse, including formal legal action against you.

Thank you in advance for promptly taking care of this matter.


Regards,

Travis Larsen
Assistant General Counsel
tlarsen@balchem.com
(801) 820-1117



Invoice

| Date | | Invoice # | |
|------|--|-----------|--|
| 06-Sep-2023 | | INV0005173 | |
| **Due Date** | | **Order #** | |
| 06-Oct-2023 | | S500005554 | |

136 Fox Run Drive
Defiance, OH  43512  USA
Phone: 419-782-5010

**Remit to Lockbox:**

SensoryEffects Cereal Systems
PO Box 21813
New York, NY  10087-1813  USA

**Wire / ACH instructions**

JPMorgan Chase Bank N.A.
ABA: 021000021/021000021
Account: SensoryEffects Cereal Systems
Redacted
SWIFT #: CHASUS33

SOLD TO

Caer, Inc DBA Yumi
1439 N. Highland Ave PMB 1013
Los Angeles, CA  90028  USA

SHIP TO

Create A Pack
N57 W39605 WI-16
Door E
Oconomowoc, WI  53066  USA

Telephone:

| P.O. | Order date | Date shipped |
|------|-----------|--------------|
| 1721-3 | 31-Aug-2023 | 06-Sep-2023 |

| Payment terms | Customer no. | Incoterms/Delivery Terms |
|---------------|--------------|--------------------------|
| Net 30 Days | C500000045 | EXW COL |

| Sales person | Packing slip # | Carrier | Ship from |
|--------------|----------------|---------|-----------|
| Mary Snyder | PPS0005787 | Cust Truck | Lincoln, NE, USA |

| Units | Package | Item Number Product Description Customer Stock Code | Quantity Ordered | Quantity Shipped | Unit Price | | Amount |
|-------|---------|----------------------------------------------------|------------------|------------------|------------|--|--------|
| 10,720.00 | lb | 80945F Yumi Organic Rice-Free Puffs Apple & Broccoli | 10,720.00 | 10,720.00 | 8.4700 | | 90,798.40 |

**Charges**

| Description | Notes | Amount |
|-------------|-------|--------|
| | **Total Charges** | |

| | USD | 0.00 |
|--|-----|------|
| **Total Invoice Amount** | **USD** | **90,798.40** |

**NOTES:**

*Purchase is subject to the terms and conditions which accompany this invoice and which are incorporated and made a part hereof.*

**Page 1 of 1**



Invoice

| Date | | Invoice # |
|---|---|---|
| 05-Sep-2023 | | INV0005170 |
| **Due Date** | | **Order #** |
| 05-Oct-2023 | | S500005524 |

136 Fox Run Drive
Defiance, OH  43512  USA
Phone: 419-782-5010

**Remit to Lockbox:**
SensoryEffects Cereal Systems
PO Box 21813
New York, NY  10087-1813  USA

**Wire / ACH instructions**
JPMorgan Chase Bank N.A.
ABA: 021000021/021000021
Account: SensoryEffects Cereal Systems
Redacted
SWIFT #: CHASUS33

**SOLD TO**
Caer, Inc DBA Yumi
1439 N. Highland Ave PMB 1013
Los Angeles, CA  90028  USA

**SHIP TO**
Create A Pack
N57 W39605 WI-16
Door E
Oconomowoc, WI  53066  USA

Telephone:

| P.O. | Order date | Date shipped |
|---|---|---|
| 1721-2 | 22-Aug-2023 | 05-Sep-2023 |

| Payment terms | Customer no. | Incoterms/Delivery Terms |
|---|---|---|
| Net 30 Days | C500000045 | EXW COL |

| Sales person | Packing slip # | Carrier | Ship from |
|---|---|---|---|
| Mary Snyder | PPS0005785 | Cust Truck | Lincoln, NE, USA |

| Units | Package | Item Number / Product Description / Customer Stock Code | Quantity Ordered | Quantity Shipped | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|
| 10,460.00 | lb | 80943F<br>Yumi Organic Rice-Free Puffs Strawberry Basil | 10,460.00 | 10,460.00 | 9.9400 | | 103,972.40 |

## Charges

| Description | Notes | Amount |
|---|---|---|
| | Total Charges | |

| | | |
|---|---|---|
| | USD | 0.00 |
| **Total Invoice Amount** | **USD** | **103,972.40** |

**NOTES:**

*Purchase is subject to the terms and conditions which accompany this invoice and which are incorporated and made a part hereof.*

**Page 1 of 1**

# EXHIBIT C

1 | David J. Richardson (SBN 168592)
drichardson@bakerlaw.com
2 | Nicole C. Cemo (SBN 307848)
ncemo@bakerlaw.com
3 | Michael Patrick Brown (SBN 328579)
mpbrown@bakerlaw.com
4 | **BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
5 | Los Angeles, CA 90025
Telephone:    310.820.8800
6 | Facsimile:    310.820.8859

7 | ~~CAROLINE G. MASSEY (299691)~~
~~caroline.massey@dinsmore.com~~
8 | ~~VENEETA JASWAL (320108)~~
~~veneeta.jaswal@dinsmore.com~~
9 | ~~DINSMORE & SHOHL LLP~~
~~655 West Broadway, Suite 800~~
10 | ~~San Diego, CA 92101~~
~~Ph: (619) 400-0500~~
11 | ~~Fx: (619) 400-0501~~

12 | Attorneys for Plaintiff
SensoryEffects Cereal Systems, Inc.

13 |

14 |

15 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

16 |

17 |

18 | SENSORYEFFECTS CEREAL SYSTEMS, INC., a Delaware Corporation,

Case No.: 24STCV10282

19 |

**AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT**

20 | Plaintiff,

v.

21 | CAER, INC. dba YUMI, a Delaware Corporation, and DOES 1-20;

22 |

Hearing
Date:        June 11, 2024
23 | Defendant,

Time:        9:30 a.m.
Dept.:        85
24 | Judge:        Hon. James C. Chalfant

25 |

26 |

27 |

28 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6    I, MARIA DAKE, declare as follows:

7    1.    I am the Senior Business Director with SensoryEffects Cereal Systems, Inc. and am

8    authorized to make this declaration for and on SensoryEffects Cereal Systems, Inc.'s behalf. I have

9    personal knowledge of the matters stated herein and if called as a witness, I could and would

10    competently testify thereto.

11    2.    In my professional capacity as the Senior Business Director with SensoryEffects

12    Cereal Systems, Inc. ("SENSORYEFFECTS"), I have access to, custody and control over

13    SENSORYEFFECTS' business records pertaining to its transactions with Caer, Inc. dba Yumi

14    ("YUMI"). I am familiar with the method by which SENSORYEFFECTS maintains those books

15    and records, and know that those records were made in the regular course of SENSORYEFFECTS'

16    business from writings or data entries made at or near the time the events recorded by persons with

17    personal knowledge of the vents and with a business duty to SENSORYEFFECTS to accurately

18    record those events. Thus, the statements made in this Declaration are made upon my personal

19    knowledge and review of SENSORYEFFECTS' business records pertaining to transactions

20    between SENSORYEFFECTS and YUMI.

21    3.    On or around February 14, 2023, YUMI placed a purchase order with

22    SENSORYEFFECTS for 20,000 pounds of strawberry basil rice-free puffs, 20,000 pounds of apple

23    and broccoli rice-free puffs, and 10,000 pounds of berry and sweet pea rice-free puffs.

24    SENSORYEFFECTS accepted YUMI's purchase order. Attached hereto as **Exhibit A** is a true and

25    correct copy of YUMI's February 14, 2023 purchase order.

26    4.    On or around July 27, 2023, YUMI submitted a revised purchase order whereby

27    YUMI requested production of 10,800 pounds of each flavor of rice-free puffs (strawberry basil;

28    apple and broccoli; and berry and sweet pea). YUMI further requested the extra 10,000 pounds of

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-

the strawberry basil and apple broccoli flavors included in the original February 14, 2023 purchase order be manufactured approximately eight (8) weeks later. Attached hereto as **Exhibit B** is a true and correct copy of YUMI's revised purchase order.

5.    On or around September 5, 2023, SENSORYEFFECTS shipped 10,460 pounds of organic strawberry basil rice-free puffs per YUMI's request and shipping instructions. The same day, SENSORYEFFECTS issued invoice number 5170 to YUMI in the amount of $103,972.40 for the strawberry basil rice-free puffs manufactured and shipped. Per the terms of the invoice number 5170, YUMI was to remit payment on or before October 5, 2023. However, to date, YUMI has failed to make any effort to pay invoice number 5170. Attached hereto as **Exhibit C** is a true and correct copy of invoice number 5170.

6.    On or around September 6, 2023, SENSORYEFFECTS shipped 10,720 pounds of organic apple and broccoli rice-free puffs per YUMI's request and shipping instructions. The same day, SENSORYEFFECTS issued invoice number 5173 to YUMI in the amount of $90,798.40 for the apple and broccoli rice-free puffs manufactured and shipped. Per the terms of invoice 5173, YUMI was to remit payment on or before October 6, 2023. However, to date, YUMI has failed to make any effort to pay invoice number 5173. Attached hereto as **Exhibit D** is a true and correct copy of invoice number 5173.

7.    When YUMI failed to timely pay invoice numbers 5170 and 5173 as requested in each respective invoice, SENSORYEFFECTS sent via e-mail requests for YUMI to bring their account current by paying the outstanding amounts owed on invoice numbers 5170 and 5173. However, YUMI failed to respond to SENSORYEFFECTS' emails. Attached hereto as **Exhibit E** is a true and correct copy of the e-mail chain between YUMI and SENSORYEFFECTS.

8.    Thereafter, SENSORYEFFECTS sent a formal demand letter on March 1, 2024 demanding YUMI to pay the outstanding invoices in full, which total $194,770.80, no later than March 6, 2024. Attached hereto as **Exhibit F** is a true and correct copy of the March 1, 2024 demand letter.

9.     On March 12, 2024, YUMI sent an e-mail acknowledging receipt of the March 1, 2024 demand letter. Additionally, YUMI acknowledged it owed SENSORYEFFECTS the demanded amount and did not contest the demanded amount. See, Exhibit D.

10.    After the March 12, 2024 e-mail, I am informed and believe YUMI did not send any further correspondence to SENSORYEFFECTS regarding the amount owed. Furthermore, YUMI has failed to pay any portion of the amount owed to SENSORYEFFECTS.

11.    YUMI's obligations under invoice numbers 5170 and 5173 are not secured by any interest in real property.

12.    I am informed and believe that YUMI has proceeds of a JPMorgan Chase bank account subject to attachment or levy.

13.    YUMI's debt obligation to SENSORYEFFECTS for the two unpaid invoices in the amount of $194,770.80 was expressly acknowledged by YUMI and, to my knowledge, has never been subsequently been disputed, whether orally or in writing.

14.    I am not aware of any bankruptcy claims filed by YUMI.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ~~April 22~~May 24, 2024 at Monroe _____County, _____Illinois.

_____
MARIA DAKE

AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT

## PROOF OF SERVICE

I, Nancy L. Brazil, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301. On May 24, 2024, I served a copy of the within document(s):

**PLAINTIFF'S *NOTICE OF ERRATA* RE:
(1) APPLICATION FOR RIGHT TO ATTACH ORDER & ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT; AND (2) AMENDED DECLARATION OF MARIA DAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT**

☑        by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Caer, Inc.
c/o Incorporating Services, Ltd.
3500 South Dupont Highway
Dover, DE 19901

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 24, 2024, at Los Angeles, California.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -