TERESA C. CHOW (SBN 237694)
tchow@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendants*
LEARFIELD COMMUNICATIONS, LLC
and SIDEARM SPORTS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY HEERDE and MARK HAINES, on Behalf Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, and UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | Case No.: 2:23-cv-04493-FLA-MAAx<br><br>**NOTICE OF *ERRATA* REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS THE AMENDED COMPLAINT AND RULE 12(f) MOTION TO STRIKE CLASS ALLEGATIONS [DKT. 88-1]**<br><br>DATE: October 4, 2024<br>TIME: 1:30 p.m.<br>CTRM: 6B<br><br>Case Filed: June 8, 2023<br>FAC Filed: August 9, 2024 |

**TO THE HONORABLE COURT, AND TO PLAINTIFFS, AND THEIR COUNSEL OF RECORD HEREIN:**

Defendants Learfield Communications LLC and Sidearm Sports, LLC ("Defendants") hereby submit the instant Notice of *Errata* regarding their Memorandum of Points and Authorities in Support of Defendants' Rule 12(b)(6) Motion to Dismiss the Amended Complaint and Rule 12(f) Motion to Strike Class Allegations filed on August 23, 2024 ("Memorandum"). [Dkt. 88-1] The Memorandum inadvertently failed to attach Exhibit A thereto, referenced at 22:19 - 20 of the Memorandum. A true and correct copy of the erroneously omitted Exhibit A is attached hereto. Defendants apologize to the Court and to Plaintiffs for Defendants' error.

Dated: August 30, 2024  Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
  TERESA C. CHOW

*Attorneys for Defendants*
LEARFIELD COMMUNICATIONS, LLC
AND SIDEARM SPORTS, LLC

# EXHIBIT A

Case 2:23-cv-04493-FLA-MAA Document 92 Filed 08/30/24 Page 3 of 5 Page ID #:957




