JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HEERDE, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> LEARFIELD COMMUNICATIONS, LLC, *et al.*, <br><br>         Defendants. | Case No. 2:23-cv-04493-FLA (MAAx) <br><br> **ORDER DISMISSING ACTION [DKT. 100]** |

1

On November 7, 2024, Plaintiffs Emily Heerde and Mark Haines ("Plaintiffs") filed a Notice of Voluntary Dismissal with Prejudice ("Notice"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Dkt. 100.  Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The motion to dismiss the amended complaint is DENIED as moot.  Dkt. 88.
3. The court DISMISSES the action with prejudice as to Plaintiffs individually and without prejudice as to any putative class members.

IT IS SO ORDERED.

Dated: November 8, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2